## United States Bankruptcy Court
## Central District Of California

In re:
Ansuk Alice Jang

CHAPTER NO.: 7

CASE NO.: 2:11−bk−35911−BB

# **FINAL NOTICE**
## RE: UNCURED CASE DEFICIENCIES

**To the Debtor and the Debtor's Attorney of Record:**
**Your case WILL be dismissed without further notice or opportunity for hearing if the following documents are not filed by 7/21/11.**

☒ Statement of Social Security Number(s) (Official Form B21). [Court Manual, section 3−6(b)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

        255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: July 7, 2011

**By: Bernardita T. Mercene**
**Deputy Clerk**

mccdnx 12/2010

**13 − 1 / BTM**